UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| OUEDRAOGO NESTOR,<br>A# 216 285 555,<br><br>              Petitioner,<br><br>vs.<br><br>ANDREW HURON, Officer-in-Charge, Pearsall, South Texas Processing Center; DANIEL BIBLE, San Antonio Field Operations Director, United States Immigration and Customs Enforcement, Office of Detention and Removal Operations, Department of Homeland Security; MATTHEW T. ALBENCE, Acting Director, United States Immigration and Customs Enforcement, Office of Detention and Removal Operations, Department of Homeland Security; THOMAS S. WIMKOWSKI, Assistant Secretary, ICE, Department of Homeland Security; and CHAD WOLF, Secretary of the United States Department of Homeland Security,<br><br>              Respondents. | SA-20-CV-0016-JKP |

## JUDGMENT

Pursuant to this Court's Order, the 28 U.S.C. § 2241 Habeas Corpus Petition filed by Petitioner Ouedraogo Nestor (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**SIGNED this 27th day of February, 2020.**

_____
**JASON   PULLIAM
UNITED STATES DISTRICT JUDGE**